16713

INMAN *ET AL.* v. LIFE INS. CO. OF VIRGINIA

(74 S. E. (2d) 423)

*Mr. G. Werber Bryan,* of Sumter, *for Appellants,*

100

*Messrs. Lee & Moise,* of Sumter, *for Respondent,*

February 5, 1953.

PER CURIAM.

We are in accord with the findings of fact by Judge Henderson, and his construction of the contract of insurance here involved.

All exceptions are overruled.

BAKER, C. J., and FISHBURNE, STUKES, TAYLOR, and OXNER, JJ., concur.